E-FILED
Wednesday, 18 March, 2015 10:56:36 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 18, 2015

To: Kenneth A. Wells
UNITED STATES DISTRICT COURT
Central District of Illinois
Peoria , IL 61602-0000

| | |
|---|---|
| No. 14-3032 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>BRADLEY D. DEARBORN,<br>Defendant - Appellant |

**Originating Case Information:**

District Court No: 1:12-cr-10017-MMM-JEH-1
Central District of Illinois
District Judge Michael M. Mihm

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS: No record to be returned

This notice sent to:

[] United States Marshal [X] United States Probation Officer

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

| **Date:** | **Received by:** |
| --- | --- |
| 3/18/2015 | s/ J. Kelly |

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## ORDER

February 24, 2015

Before

ILANA DIAMOND ROVNER, *Circuit Judge*
ANN CLAIRE WILLIAMS, *Circuit Judge*
JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No. 14-3032 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>BRADLEY D. DEARBORN,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:12-cr-10017-MMM-JEH-1<br>Central District of Illinois<br>District Judge Michael M. Mihm |

The following is before the court: **GOVERNMENT'S AGREED MOTION FOR SUMMARY REVERSAL AND REMAND FOR RESENTENCING**, filed on February 17, 2015, by counsel for Appellee United States of America.

Appellant Bradley Dearborn challenges only the district court's imposition of certain conditions of supervised release. The parties agree that the appellant's sentence must be vacated and remanded in light of *United States v. Thompson*, --- F.3d ---, 2015 WL 151609 (7th Cir. Jan. 13, 2015).

**IT IS ORDERED** that the joint motion to remand for resentencing is **GRANTED**. The appellant's sentence is **VACATED**, and the case is **REMANDED** to the district court for resentencing in light of *United States v. Thompson*, --- F.3d ---, 2015 WL 151609 (7th Cir. Jan. 13, 2015).

form name: **c7_Order_3J**(form ID: **177**)