**E-FILED**
Wednesday, 24 August, 2016 01:47:44 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**AT PEORIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-CR-10017 |
| | ) | |
| BRADLEY D. DEARBORN, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S SENTENCING MEMORANDUM

Now comes the United States of America by James A. Lewis, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and states as follows:

1. This case has been remanded for resentencing in light of *United States v. Thompson*, __ F.3d __, 2015 WL 151609 (7th Cir. Jan. 13, 2015). In his appeal, the defendant challenged only the district court's imposition of certain conditions of supervised release. (R.73, pp. 3-4)[1]

2. On June 15, 2016 this Court ruled that objections that had previously

[1] Unless otherwise noted, references to documents (R.__, docket entries (d/e), and the Presentence Report (PSR) are to the record in the underlying criminal case, No. 12-CR-10017.

been resolved will not be revisited again at the resentencing hearing. (Revised PSR, ¶6) The defendant has recently filed objections to more than 20 paragraphs of the Revised Presentence Report. The objections numbered 1-17 merely restate in different ways previous objections which have been ruled on by this Court and no further consideration is necessary.

3. Objection number 18 claims that his designation as a Career Offender overstates his criminal history. The government disagrees. The instant federal conviction represents the defendant's sixth felony conviction. Those felonies include theft, attempted murder, and possession and distribution of controlled substances. The present offense was committed while he was on parole from the Illinois Department of Corrections (IDOC). He is properly designated as a Career Offender and should be sentenced as such. Since he withdrew his objection to his Career Offender designation at his original sentencing hearing, this objection may be considered to have been waived.

4. Objection number 19 is to his leadership status with the Gangster Disciples and his presence at a shooting. Neither assertion should carry any weight with this Court since defendant plead guilty to attempted murder and served a 90-month sentence in IDOC. The defendant did not object to this information at the original sentencing and therefore waived this objection.

5. Objection number 20 is to proposed conditions of supervised release. The government believes that each of these conditions is appropriate and this Court need only state the rationale for imposing them to satisfy the mandate from the Court of Appeals.

Respectfully submitted,

UNITED STATES OF AMERICA
JAMES A. LEWIS
*UNITED STATES ATTORNEY*

**s/: Bradley W. Murphy**
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309.671.7050

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2016, I electronically filed the Government's Sentencing Memorandum with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sharbel A.Rantisi

s/: Margo Scamp
Legal Assistant
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309.671.7050