E-FILED
Friday, 30 December, 2016 04:25:39 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER: Seventh Circuit Operating Procedure 10

December 30, 2016

| | |
|---|---|
| No. 16-3905 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>BRADLEY D. DEARBORN,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:12-cr-10017-MMM-JEH-1<br>Central District of Illinois<br>District Judge Michael M. Mihm | |

This Court has received 4 electronic files, document nos. 19, 29, 34 & 99, under seal from the district court. All documents filed in this Court, except those required to be sealed by statute or rule are considered public. Pursuant to 7th Circuit Operating Procedure 10(b), documents sealed in the district court will be maintained under seal in this Court for fourteen (14) days, to afford time to request the approval required by section (a) of this operating procedure.

If any document received under seal did not form the basis of the parties' dispute and the district court's resolution, a party can request that this court return the document to the district court. *Baxter International, Inc. v. Abbott Laboratories*, 297 F.3d 544, 548 (7th Cir. 2002). Any motion to maintain documents under seal in this court must "analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations." *Id*. See also *Union Oil Co. of California v. Leavell*, 220 F.3d 562, 567-68 (7th Cir. 2000). Absent a motion from a party these sealed documents will be placed in the public record on January 17, 2017.

form name: **c7_Order_OP10.jsp**(form ID: **144**)